

FILED
JUN 6 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | No. 6:07-MJ-00206 WMW |
| ) | |
| vs. ) | ORDER OF RELEASE |
| ) | |
| DANIEL SEIVERSON, ) | |
| ) | |
| Defendant. ) | |

The above named defendant was on sentenced on June 6, 2008 to the Violation of Supervised Release.

IT IS HEREBY ORDERED that the defendant shall be released **ONLY TO A U.S. PROBATION OFFICER OR A REPRESENTATIVE FROM WESTCARE RESIDENTIAL PROGRAM**. A certified Judgment and Commitment order to follow.

DATED: 6/6/08

_____
GARY S. AUSTIN
U.S. Magistrate Judge

9/26/96 exonbnd.frm